IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: AVANDIA MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 1871 07-MD-01871 |
| | | HON. CYNTHIA M. RUFE |
| THIS DOCUMENT APPLIES TO: | : : | CIVIL ACTION |
| Estate of Alester Dean Henry v. GlaxoSmithKline, LLC David Randall v. GlaxoSmithKline, LLC Harold Bonn v. GlaxoSmithKline, LLC | : : : | No. 10-4080 No. 10-4861 No. 11-2734 |

**ORDER**

AND NOW, this 7th day of August 2012, the Court having been advised that the above-captioned cases are subject to settlement agreements, it is hereby **ORDERED** that the pending motions are **DISMISSED AS MOOT**.

It is so **ORDERED**.

BY THE COURT:

_/s/ Cynthia M. Rufe_
CYNTHIA M. RUFE, J.